ORIGINAL

FILED IN OPEN COURT
U.S.D.C ATLANTA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OCT 1 7 2006

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. |
| PHILLIP EUGENE JENKINS | : | |

1 06-CR-430

THE GRAND JURY CHARGES THAT:

Count One

On or about July 8, 2006, in the Northern District of Georgia, the defendant, PHILLIP EUGENE JENKINS, using a facility of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to transfer obscene material, that is, video images of himself masturbating, to an individual who had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

Count Two

On or about July 12, 2006, in the Northern District of Georgia, the defendant, PHILLIP EUGENE JENKINS, using a facility of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to transfer obscene material, that is, video images of himself masturbating, to an individual who had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

### Count Three

On or about July 18, 2006, in the Northern District of Georgia, the defendant, PHILLIP EUGENE JENKINS, using a facility of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to transfer obscene material, that is, video images of himself masturbating, to an individual who had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

### Count Four

On or about July 19, 2006, in the Northern District of Georgia, the defendant, PHILLIP EUGENE JENKINS, using a facility of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to transfer obscene material, that is, video images of himself masturbating, to an individual who had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

### Count Five

On or about July 20, 2006, in the Northern District of Georgia, the defendant, PHILLIP EUGENE JENKINS, using a facility of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to transfer obscene material, that is, video images of himself masturbating, to an individual who had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

## Count Six

On or about July 21, 2006, in the Northern District of Georgia, the defendant, PHILLIP EUGENE JENKINS, using a facility of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to transfer obscene material, that is, video images of himself masturbating, to an individual who had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

A __true__ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
WILLIAM G. TRAYNOR
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 716634

3